**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

**UNITED STATES OF AMERICA**

v.                                                                       **Case No. 3:07-cr-294-J-16MCR**

**FATAOULAYE DANDAKOYE**

_____/

### ORDER ACCEPTING PLEA AND SCHEDULING SENTENCING

Pursuant to the *Report and Recommendation* (Doc.#32) of the United States Magistrate

Judge, to which objections have been waived, the plea of guilty of the defendant to Count One

of the Indictment is now **ACCEPTED** and the defendant, **FATAOULAYE DANDAKOYE**, is

**ADJUDGED GUILTY of such offense.**

**IT IS FURTHERED ORDERED** that **SENTENCING** before the Honorable Howell W.

Melton is hereby **scheduled** for 10:00 a.m., on Wednesday, January 16, 2008, in Courtroom

12A, Twelfth Floor, United States Courthouse, 300 North Hogan Street, Jacksonville, Florida.

**DONE AND ORDERED** at Jacksonville, Florida this __27th__ of November, 2007.

_____
JOHN H. MOORE II
United States District Judge

Copies to:        Assistant United States Attorney (Glober)
                  Defense Counsel - David Trotti
                  United States Marshal's Service
                  United States Probation